RECEIVED

OCT 29 2025

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
☐ Eastern (Jackson)   DIVISION
☑ Western(Memphis) DIVISION

)
)
Justin Bell  Plaintiff,            )
)
vs.                                )                    No. _____
)
)
Federal Express Corporation,       )            25-2985
Ernest Sowell III, Meece Ellis, Dalphinie Firley   )
Defendant.                 )

**COMPLAINT**

1.   This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

☑   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
   *NOTE: In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 – 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102 -166)
   *NOTE: In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 – 12117 (amended by the ADA Amendments Acts of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 1102-166).
   *NOTE: In order to bring a suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

## JURISDICTION

2.  Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

## PARTIES

3.  Plaintiff resides at:

7582 Glen Creek Ln.
_____
STREET ADDRESS

Shelby_____, TN_____, 38125_____, (615) 417-6477___.
County              State              Zip Code        Telephone Number

4.  Defendant(s) resides at, or its business is located at:

3610 Hacks Cross Rd.
_____
STREET ADDRESS

Shelby_____, Memphis_____, TN_____, 38128_____.
County              City                State              Zip Code

NOTE: If more than one defendant, you must list the names, address of each additional defendant.

Ernest Sowell III
_____

2955 Republican Dr. Memphis, TN 38118
_____

Meece Ellis
_____

2955 Republican Dr. Memphis, TN 38118
_____

Dalphinie Firley
_____

2955 Republican Dr. Memphis, TN 38118
_____

5.  The address at which I sought employment or was employed by the defendant(s) is:

2955 Republican Dr. Memphis, TN 38118
_____

2

STREET ADDRESS

Shelby          ,    Memphis          ,    TN          ,    38118          .
    County              City              State              Zip Code

6.    The discriminatory conduct of which I complain in this action includes *(check only those that apply)*

☐    Failure to hire

☐    Termination of my employment

☐    Failure to promote

☐    Failure to accommodate my disability

☐    Unequal terms and conditions of my employment

☑    Retaliation

☑    Other acts*(specify)*: Demotion, Suspensions, Assignments, Training

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

7.    It is my best recollection that the alleged discriminatory acts occurred on:
    10/16/2022 - 07/03/2023
    Date(s)

8.    I believe that the defendant(s) *(check one)*:

☑    is still committing these acts against me.

☐    is not still committing these acts against me.

9.    Defendant(s) discriminated against me based on my:
    *(check only those that apply and state the basis for the discrimination. For example, if religious discrimination is alleged, state your religion. If racial discrimination is alleged, state your race, etc.)*

3

☑ Race  Black/African American _____

☐ Color_____

☐ Gender/Sex_____

☐ Religion_____

☐ National Origin_____

☐ Disability_____

☐ Age. If age is checked, answer the following:
I was born in_____. At the time(s) defendant(s) discriminated against me.

I was [ ] more [ ] less than 40 years old. *(check one)*

**NOTE:** *Only those grounds raised in the charge filed the Equal Employment Opportunity Commission can be considered by the federal district court.*

10.    The facts of my case are as follows:

Attached is copy of my charge filed with the EEOC

I have received an unfair, bias, retaliatory, and unwarranted Warning Letter and Demotion by Dalphinie Firley and was upheld by Meece Ellis, Ernest Sowell III,

and FedEx Corp. The letter is piled on with false information and narratives by Dalphinie Firley and I mentioned in the last GFT that I felt uncomfortable working

with Dalphinie and expressed to be moved to another area which was acknowledged in the meeting by the Meece Ellis and HR Andre.a Scales.

Meece and Dalphinie did not ask or take any of my statements or introduce witness statements on my behalf to HR or Security.  Dalphinie was

in the process of my demotion before any type of investigation on 06/16/2023. I was placed on suspension from 06/17/2023 morning – 06/23/2023 with no access phone and

and computer.  Also, I filed an IEEO within FedEx 06/28/2023, which is supposed to pause the demotion until the investigation of the IEEO is completed, which Meece,

Ernest, and FedEx failed to comply with policy.

*(Attach additional sheets as necessary)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the*

4

*charge filed with the Equal Employment Opportunity Commission or the Tennessee Human Rights Commission.*

11.  It is my best recollection that I filed a charge with the Tennessee Human Rights Commission regarding defendant's alleged discriminatory conduct on:_____

12.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: Submission to EEOC 08/31/2023, COD 01/10/2024.

                                                    Date

**Only litigants alleging age discrimination must answer Question #13.**

13.  Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct. *(check one):*

☐ 60 days or more have elapsed

☐ Less than 60 days have elapsed.

14.  The Equal Employment Opportunity Commission *(check one):*

☐ has **not** issued a Right to Sue Letter.

☑ has issued a Right to Sue letter, which I **received** on ___8/7/2025___.

                                                      Date

***NOTE:*** *This is the date you <u>received</u> the Right to Sue letter, not the date the Equal Employment Opportunity Commission issued the Right to Sue letter.*

15.  Attach a copy of the Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

***NOTE:*** *You must attach a copy of the right to sue letter from the Equal Employment Opportunity Commission.*

16.  I would like to have my case tried by a jury:

☑ Yes

☐ No

5

**WHEREFORE,** plaintiff prays that the Court grant the following relief:

☐  direct that the Defendant employ Plaintiff, or

☐  direct that Defendant re-employ Plaintiff, or

☐  direct that Defendant promote Plaintiff, or

☑  order other equitable or injunctive relief as follows: Attachment

Attachment

☑  direct that Defendant pay Plaintiff back pay in the amount of Attachment
and interest on back pay;

☑  direct that Defendant pay Plaintiff compensatory damages: Specify the
amount and basis for compensatory damages: Attachment

Attachment

_____
SIGNATURE OF PLAINTIFF

Date: 10/28/2025

7582 Glen Creek Ln.
Address

Memphis, TN 38125

(615) 417-6477
Phone Number

6

Statement of Claim

I have received an unfair, bias, retaliatory, and unwarranted Warning Letter and Demotion by Dalphinie Firley and was upheld by Meece Ellis, Ernest Sowell III, and FedEx Corp. The letter is piled on with false information and narratives by Dalphinie Firley and I mentioned in the last GFT that I felt uncomfortable working with Dalphinie and expressed to be moved to another area which was acknowledged in the meeting by the Meece Ellis and HR Andrea Scales. Meece and Dalphinie did not ask or take any of my statements or introduce witness statements on my behalf to HR or Security. Dalphinie was in the process of my demotion before any type of investigation on 06/16/2023. I was placed on suspension from 06/17/2023 morning – 06/23/2023 with no access phone and computer. Also, I filed an IEEO within FedEx 06/28/2023, which is supposed to pause the demotion until the investigation of the IEEO is completed, which Meece, Ernest, and FedEx failed to comply with policy. During the GFT on 06/29/2023, Meece became upset and hostile when I mentioned Meece was supposed to move me to another area within or outside the organization in which on 7/9/2023 Meece upheld the decision of demotion without all the evidence being presented. I went further to Step 2 in GFT, but I never had a meeting with Ernest or was able to present my case to Ernest and Ernest upheld the demotion on 07/21/2023. I appealed to FedEx Corp to Step 3 of GFT and the decision was upheld. Damages were unwarranted disciplinary actions in my file, loss of position (manager) and years of service in position, and loss of wages including funding of pension, 401K and bonuses.

Court Grant

The wrongs continued by not being considered/interview for management positions under the defendants.

**Move to Top Out Rate of Pay in my position as Ramp Safety Patrol, Removal of 2 warning letters $200,000** Lump Sum Payment (no taxes taken out) this includes attorney's fees
( This offer includes emotional damages and calculations)-- LOST 2023 DIFFERENCE $83,395.20 - $66,461 = $16,934.20, 2023 LAST 3 MONTHS RAISE 3.5% $7,192.84 - PRIOR $6,949.6 = $243.24 * 3 = $729.72, LOST 2024 DIFFERENCE $7,192.84 * 7 MONTHS = $50,349.88 CURRENT PAY RATE $23.21 * 35 HRS = $812.35 * 30 WEEKS = $24,370.50 $50,349.88 - $24,370.50 = $25,979.38 + $16,934.20 = $42,913.58, AIC BONUS 2023 $3,596.42, 401K DIFFERENCE $277.98 * 2 TWICE MONTH = $555.96 + 401K MATCH $121.62 * 2 TWICE MONTH = $799.20 - $76.30 * 4 WEEKS = $305.20 + $33.68 * 4 WEEKS = $135.52 = $440.72 = $358.48 * 13 MONTHS = $4,660.24, TOTAL $51,170.24)